UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
MARINA ISKHAKOVA, on behalf of herself and all others similarly situated,

                      Plaintiff,

Civil Action No:
1:23-cv-2510

-v.-

JACQUES TORRES MANUFACTURING, LLC,

                      Defendants.
------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 8, 2024

| **For Plaintiff Marina Iskhakova** | **For Defendant Jacques Torres Manufacturing, LLC,** |
|---|---|
| *s/Mark Rozenberg* | *s/Michael Samuel* |
| Mark Rozenberg | Michael Samuel |
| Stein Saks, PLLC | 1441 Broadway Suite 6085 |
| One University Plaza | New York, NY 10018 |
| Hackensack, NJ 07601 | Ph: (212) 563-9884 |
| Ph: (201) 282-6500 | michael@thesamuellawfirm.com |
| mrozenberg@steinsakslegal.com | |

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*

Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*